**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

DONALD MANNING
ADC #141541                                                                                                    PLAINTIFF

V.                                          5:11-cv-00285-BSM-JTK

C. DALSIS, et al.                                                                                              DEFENDANTS

## ORDER

Defendants Carlton Dalsis, Kimberly Lum, and Linda Cook, through their attorney, have answered and supplied their correct names (Doc. No. 12). The Clerk is directed to change the style of the case to reflect the correct names of these Defendants.

IT IS SO ORDERED this 8th day of December, 2011.

_____
JEROME T. KEARNEY
UNITED STATES MAGISTRATE JUDGE