IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

DONALD MANNING,                                                                PLAINTIFF
ADC #141541

v.                              5:11-cv-00285-BSM-JTK

CARLTON DALSIS, et al.                                                        DEFENDANTS

## ORDER

Plaintiff's Motion to Stay these proceedings (Doc. No. 36) is DENIED.

IT IS SO ORDERED this 28th day of March, 2012.

_____
JEROME T. KEARNEY
UNITED STATES MAGISTRATE JUDGE