**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

**DONALD MANNING
ADC #141541**                                                                                               **PLAINTIFF**

v.                              **CASE NO. 5:11CV00285 BSM/JTK**

**CARLTON DALSIS, Sergeant,
Delta Regional Unit,
Arkansas Department of Correction et al.**                              **DEFENDANTS**

## ORDER

The proposed findings and recommended disposition submitted by United States Magistrate Judge Jerome T. Kearney [Doc. No. 68] and the filed objections [Doc. No. 69] have been reviewed. After carefully considering these documents and making a *de novo* review of the record, it is concluded that the proposed findings and recommended disposition should be, and hereby are, approved and adopted in their entirety in all respects.

IT IS THEREFORE ORDERED that:

Defendants' motions for summary judgment [Doc. Nos. 55, 58] are granted and plaintiff Donald Manning's complaint [Doc. No. 2] is dismissed with prejudice.

An appropriate judgment shall accompany this order.

Dated this 11th day of March 2013.

                                                                                              _____
                                                                                              UNITED STATES DISTRICT JUDGE